USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2020



**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

NATALIE MARCUS
Assistant Corporation Counsel
Labor & Employment Law Division
Room 2-197
Phone: 212-356-2629
Fax: 212-356-2493
nmarcus@law.nyc.gov

July 14, 2020

**BY ECF**

Honorable Stewart D. Aaron
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. The telephonic initial conference is hereby adjourned to August 27, 2020 at 2:00 p.m. SO ORDERED.
Dated: July 14, 2020

Re: <u>Drayton, et al. v. The City of New York, et al.</u>, 18 Civ. 10138 (ALC)(SDA)

Dear Magistrate Judge Aaron:

    I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants City of New York ("City") and the New York City Department of Education ("DOE") in the above-referenced action. Defendants submit this letter to request an adjournment of the Initial Pretrial Conference scheduled for August 26, 2020 at 2:00 p.m. This is defendants' first request for an adjournment of the conference and plaintiffs consent to this request.

    On July 9, 2020, the Court issued an order scheduling an Initial Pretrial Conference for August 26, 2020 at 2:00 p.m. *See* Dkt. No. 108. Defense counsel has a previously scheduled conference for that date and time in another matter and therefore respectfully requests an adjournment of the conference. The parties have conferred and plaintiffs' and defense counsel are available on August 27, and August 28, 2020 for the Initial Pretrial Conference. Therefore, I respectfully request that the Court grant the request for an adjournment of the August 26, 2020 conference.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/Natalie Marcus
Natalie Marcus
Assistant Corporation Counsel

cc:   Lloyd Ambinder (By ECF)
      James Murphy (By ECF)
      Michele A. Moreno (By ECF)