```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2020
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DRAYTON, ROBERT LEWIS, and SANTOS SEDA,<br><br>    Plaintiffs,<br>v.<br><br>THE CITY OF NEW YORK and the NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>    Defendants. | **DISCOVERY ORDER**<br>Case No. 1:18-cv-10138 (ALC)(SDA) |

**WHEREAS**, this matter came before the Court on August 27, 2020 at which time the parties explained to the Court that absent production of Social Security Numbers ("SSN") from the FLSA opt-in plaintiffs Defendants would be unable to produce certain payroll and time records for the opt-in plaintiffs who have elected to participate in this action, and;

**WHEREAS**, Plaintiffs have since proposed that this Court issue an order directing Plaintiffs' bargaining representative AFSCME District Council 37 to produce the SSNs for the opt-in plaintiffs, and;

**WHEREAS,** Plaintiffs' counsel represents that he has communicated with AFSCME District Council 37 officials who have agreed to produce the SSNs pursuant to court order;

**IT IS THEREFORE ORDERED AS FOLLOWS:**

Plaintiffs' counsel to serve this Order, and the names of all opt-in Plaintiffs on AFSCME District Council 37 no later than two days from entry of this Order.

AFSCME District Council 37 to provide Plaintiffs' counsel with a list containing the SSNs for the opt-in individuals within thirty days of entry of this Order.

The information provided by AFSCME District Council 37 shall be treated as highly confidential and used solely in connection with this matter and for no other purpose.

Plaintiffs' counsel will provide defendant's counsel with the opt-in Plaintiffs' SSNs within two days of receipt.

It is so Ordered this 6th day of October, 2020.

_____
HON. STEWART D. AARON