```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Drayton et al.,

                Plaintiffs,

-against-

The City of New York et al.,

                Defendants.

1:18-cv-10138 (ALC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Tuesday, February 22, 2022, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
           February 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge