UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Drayton et al.,

                Plaintiffs,

-against-

The City of New York et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/22/2022

1:18-cv-10138 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. No later than April 8, 2022, Plaintiffs shall identify any expert witnesses they may use at trial, in accordance with Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, and serve a written report(s) for such expert witness(es), in accordance with Rule 26(a)(2)(B).

2. No later than May 23, 2022, Defendants shall identify any rebuttal expert witnesses they may use at trial, in accordance with Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, and serve a written report(s) for such expert witness(es), in accordance with Rule 26(a)(2)(B).

3. No later than June 24, 2022, the parties shall complete any depositions of the expert witnesses identified by the parties.

Only upon a substantial showing of good cause, upon application made at least three business days prior to the expiration of such deadline, the foregoing deadlines may be extended by the Court for a brief period of time.

**SO ORDERED.**

Dated: New York, New York
February 22, 2022

_____
STEWART D. AARON
United States Magistrate Judge