# VIRGINIA & AMBINDER LLP
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb. 23, 2023

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**James Emmet Murphy**
212.943.9080
JMurphy@vandallp.com

February 21, 2023

**VIA ECF**
The Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED:
/s/ Andrew L. Carter Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Feb. 23, 2023

    Re:    Drayton et al. v. The City of New York,
            Docket No.: 18-cv-10138 (ALC)(SDA)

Dear Judge Carter:

This firm represents Plaintiffs in the above-referenced matter. I write on consent of all parties to request, pursuant to F.R.C.P. § 6(b)(1)(B), that Plaintiffs' papers in opposition to Defendants' pending motion for summary judgment be accepted as timely filed.

Plaintiffs' motion papers were due on February 17, 2023, in accordance with this Court's February 10, 2023 Order. Due to computer issues related to problems working with large files through a remote connection, which resulted in several interrupted remote connections, I was unable to file Plaintiffs' opposition papers until Saturday, February 18, 2023, at 4:55 a.m. (Plaintiffs' Declaration in Opposition with exhibits) and 4:57 a.m. (Plaintiffs' Memorandum in Opposition and Rule 56.1 Counterstatement), within 5 hours of the deadline.

Defendants' counsel have graciously consented to this request.

Thank you.

Respectfully submitted,

_____/s/_____
James Emmet Murphy, Esq.

JEM/
cc: All counsel (via ECF)