UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DRAYTON, ROBERT LEWIS, and SANTOS SEDA, individually and on behalf of all other persons similarly situated,<br><br>　　　　　　　　　　*Plaintiffs*,<br>　　-against-<br><br>THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　*Defendants*. | 1:18-CV-10138 (ALC) (SDA)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The parties are ORDERED to file a joint status report by **March 1, 2024**.

**SO ORDERED.**

Dated:　February 23, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Carter, Jr.*
　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**