UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony Drayton et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>The City of New York et al.,<br><br>    Defendants. | 1:18-cv-10138 (ALC) (SDA) |
| Dickson et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>The City of New York,<br><br>    Defendant. | 1:22-cv-02207 (ALC) (SDA)<br><br>**ORDER SCHEDULING<br>TELEPHONE CONFERENCE** |

**STEWART D. AARON, United States Magistrate Judge:**

  The parties in the above-captioned matters are directed to appear for a telephone conference on Monday, August 25, 2025, at 11:00 a.m. to address the motion filed at ECF No. 217 in 18-CV-10138 and the letter filed at ECF No. 60 in 22-CV-02207. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:  New York, New York
     August 18, 2025

                    _____
                    STEWART D. AARON
                    United States Magistrate Judge