**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Anthony Drayton et al., | |
| Plaintiffs, | **1:18-cv-10138 (ALC) (SDA)** |
| -against- | |
| The City of New York et al., | |
| Defendants. | |
| Joseph Stanley et al., | |
| Plaintiffs, | **1:22-cv-02207 (ALC) (SDA)** |
| -against- | |
| The City of New York, | **CONSOLIDATION ORDER** |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, Plaintiffs have filed a motion to consolidate the two above-named cases, *Drayton et al. v. The City of New York et al.*, 18-cv-10138 (the "*Drayton* Action"), and *Stanley et al. v. The City of New York*, 22-cv-02207 (the "*Stanley* Action") (*see* Consent Motion, 18-cv-10138 ECF No. 230); and

WHEREAS, Federal Rule of Civil Procedure 42(a) provides that a court may consolidate "actions before the court" if they "involve a common question of law or fact." Courts have "'broad discretion' to determine whether to consolidate actions." *Breakwater Trading LLC v. JPMorgan Chase & Co.*, No. 20-CV-3515, 2020 WL 5992344, at *2 (S.D.N.Y. Oct. 9, 2020) (quoting *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (2d Cir. 1990)). In determining whether to consolidate actions, courts may consider "judicial economy," which favors consolidation, but

must ensure that consolidation will not jeopardize "a fair and impartial trial." *Johnson*, 899 F.2d at 1285; and

WHEREAS, upon due consideration of the motion, the Court finds that entry of this Order will promote judicial economy, avoid duplicative proceedings and streamline adjudication of related matters.

It is HEREBY ORDERED THAT, on consent, the motion to consolidate the *Stanley* Action with the *Drayton* Action is GRANTED.

The Clerk of Court is respectfully requested to consolidate the *Stanley* Action, 22-cv-02207, with the *Drayton* Action, 18-cv-10138. All papers shall now be filed under the *Drayton* Action, which is the lead case. The *Stanley* Action shall be designated as the member case.

**SO ORDERED.**

Dated:      New York, New York
            April 29, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2